Stephen W. Rupp (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252



### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No. 09-31945 WTT |
| | (Chapter 7) |
| MALLORY WILLIAMS, | : |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On November 18, 2010, the following check was issued in the following amount:

| **Check #** | **Creditor and Address** | **Check Amount** |
|---|---|---|
| 103 | Complete Recovery Corporation<br>2708 South Redwood Road, #250<br>West Valley City, UT 84119 | $ 204.60 |

2. Said Check No. 103 was returned by the Post Office as being "undeliverable as addressed and unable to forward."

3. The unclaimed funds are on deposit at the Bank of New York Mellon, Account No. 92004106723266.

4. The last known name and address of the payee to which the check was sent is listed above.

     5.     A check in the amount of $204.60, representing said unclaimed funds made payable to the U.S. Bankruptcy Court Clerk, is attached hereto.

DATED this \_\_10\_\_ day of February, 2011.

          McKAY, BURTON & THURMAN

          By _____
            Stephen W. Rupp
            Attorneys for Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Payment of Unclaimed Funds into Registry was mailed, postage prepaid, on the \_\_10\_\_ day of February, 2011, to the following:

        U.S. Trustee's Office    (Sent via ECF)
        Ken Garff Building
        405 South Main Street, Suite 300
        Salt Lake City, Utah 84111

ka\pl\williams.unc